In re: **Mark Henry FOSS, Debtor.**

**Mark Henry Foss, Appellant,**

v.

**Hall County Child Support Office, Appellee.**

No. 05–2763.

United States Court of Appeals, Eighth Circuit.

Submitted: June 23, 2006.

Filed: June 26, 2006.

Mark Henry Foss, Grand Island, NE, pro se.

Michelle J. Oldham, Hall County Attorney, Grand Island, NE, for Appellee.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

Mark Foss appeals from the Bankruptcy Appellate Panel's (BAP) decision affirming the bankruptcy court's[1] dismissal of his adversary proceeding with prejudice. We agree with the BAP that the bankruptcy court abstained from hearing the issues raised by Foss in his pending state court proceedings. *See* 28 U.S.C. § 1334(b)–(c)(1) (generally, federal courts have original but not exclusive jurisdiction of all civil proceedings arising under title 11, or arising in or related to cases under title 11,

but may abstain from hearing such proceeding in interest of comity with state courts or respect for state law). Accordingly, we do not have jurisdiction to review the bankruptcy court's decision to abstain. *See* 28 U.S.C. § 1334(d) (decision to abstain under § 1334(c)(1) is not reviewable by courts of appeals). We therefore dismiss this appeal.

---

1. The Honorable Timothy J. Mahoney, Chief Judge, United States Bankruptcy Court for the District of Nebraska.